| | |
|---|---|
| 1 | DAVID A. WIMMER (State Bar No. 155792) |
| | E-Mail: dwimmer@swerdlowlaw.com |
| 2 | EMILY G. CAMASTRA (State Bar No. 258808) |
| | E-Mail: ecamastra@swerdlowlaw.com |
| 3 | **SWERDLOW FLORENCE** |
| | **SANCHEZ SWERDLOW & WIMMER** |
| 4 | A Law Corporation |
| | 9401 Wilshire Blvd., Suite 828 |
| 5 | Beverly Hills, California 90212 |
| | Telephone: (310) 288-3980 |

1  DAVID A. WIMMER (State Bar No. 155792)
    E-Mail: dwimmer@swerdlowlaw.com
2  EMILY G. CAMASTRA (State Bar No. 258808)
    E-Mail: ecamastra@swerdlowlaw.com
3  **SWERDLOW FLORENCE**
    **SANCHEZ SWERDLOW & WIMMER**
4  A Law Corporation
   9401 Wilshire Blvd., Suite 828
5  Beverly Hills, California 90212
   Telephone: (310) 288-3980

6  MATTHEW C. KANE (State Bar No. 171829)
    E-Mail: mkane@mcguirewoods.com
7  SYLVIA J. KIM (State Bar No. 258363)
    E-Mail: skim@mcguirewoods.com
8  **MCGUIREWOODS LLP**
9  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
10 Telephone: (310) 315-8200

11 Attorneys for Defendant, McLane/Suneast, Inc.

12 TODD M. FRIEDMAN (State Bar No. 216752)
    E-Mail: TFriedman@toddflaw.com
13 MEGHAN GEORGE (State Bar No. 274525)
    E-Mail: mgeorge@toddflaw.com
14 **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
   324 S. Beverly Drive, #725
15 Beverly Hills, CA 90212
   Telephone: (877) 206-4741

16 Attorneys for Plaintiff, Luke Fenton

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| LUKE FENTON, an individual, | Case No. 1:16-CV-01318-BAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| MCLANE/SUNEAST, INC., a Texas Corporation, and DOES 1 through 20, Inclusive, | *The Hon. Barbara A. McAuliffe* |
| | Date:   January 20, 2017 |
| | Time:   9:00 a.m. |
| Defendant. | Crtrm.: 8 |
| | Action Filed   May 24, 2016 |
| | Trial Date:    None Set |

410222.1 / 3964-012

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE

1    WHEREAS Defendant McLane/Suneast, Inc. filed a Motion to Transfer this action
2 to the Central District of California on November 17, 2016;
3    WHEREAS the hearing on Defendant's Motion to Transfer is scheduled for January
4 20, 2017, at 9:00 a.m.;
5    WHEREAS the Court has a Scheduling Conference set in this matter for December
6 15, 2016, at 9:30 a.m.;
7    WHEREAS, to conserve the parties' and the Court's resources pending the Motion
8 to Transfer, the parties desire to continue the Scheduling Conference to January 20, 2017,
9 at 9:00 a.m., to coincide with the hearing on the Motion to Transfer;
10    IT IS HEREBY STIPULATED BY THE PARTIES, acting by and through their
11 below-signed counsel, that, subject to the below approval and Order of this Court, the
12 Scheduling Conference in this matter be changed from December 15, 2016, to January 20,
13 2017, beginning at 9:00 a.m.

DATED:  December 6, 2016         SWERDLOW FLORENCE
                                  SANCHEZ SWERDLOW & WIMMER
                                             and
                                  MCGUIREWOODS LLP

                                  By:  /S/ David A. Wimmer
                                       DAVID A. WIMMER
                                       Attorneys for Defendant McLane/Suneast,
                                       Inc.

DATED:  December 6, 2016         LAW OFFICES OF TODD M. FRIEDMAN, P.C.
                                  By:  /S/ Meghan George
                                       MEGHAN GEORGE
                                       Attorneys for Plaintiff Luke Fenton

### ORDER

**IT IS SO ORDERED** that the Scheduling Conference is continued from December 15, 2016 to **February 15, 2017 at 9:00 AM** before Judge McAuliffe.

Dated:  **December 7, 2016**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE